JUDGE KENDALL
MAGISTRATE JUDGE WEISMAN

FILED    EY
8/10/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-CV-4197

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

__AGNES M. CHOWANIEC__ )
)
_____ )
)
_____ )   CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v.                        )   NO._____
)
__CITY OF CHICAGO__       )
)
_____  )
)
_____  )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __AGNES M. CHOWANIEC__ of the county of __COOK__ in the state of __ILLINOIS__.

3. The defendant is __CITY OF CHICAGO__, whose street address is __CITY OF CHICAGO, DEPT. OF LAW - 2 N. LASALLE ST., SUITE 660__
(city)__CHICAGO__ (county)__COOK__ (state)__IL__ (ZIP)__60602__
(Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) __3510 S. MICHIGAN AVE__ (city)__CHICAGO__
(county)__COOK__ (state)__IL__ (ZIP code)__60653__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☑ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) __APRIL__, (day) __16TH__, (year) __2020__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) __APRIL__ (day) __16TH__ (year) __2020__.

   (ii) ☑ the Illinois Department of Human Rights, on or about

   (month) __JANUARY__ (day) __30TH__ (year) __2021__.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☑ NO, but plaintiff will file a copy of the charge within 14 days.
   IDHR    EEOC

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) May (day) 11TH (year) 2022 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

Case: 1:22-cv-04197 Document #: 1 Filed: 08/10/22 Page 4 of 11 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☑ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify):_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

PLEASE FIND ATTACHED CHARGES IN ILLINOIS DEPARTMENT OF HUMAN RIGHTS CHARGE.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff *[check only those that apply]*

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____ /s/ _____

(Plaintiff's name)

_____ AGNES M. CHOWANIEC _____

(Plaintiff's street address)

_____ 211 S. CLARK ST. #2195 _____

_____

(City)__CHICAGO_____ (State)__IL____ (ZIP)__60690__

(Plaintiff's telephone number) (312) – 439 - 0100

Date: 8/9/2022

6

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Agnes Chowaniec | TELEPHONE NUMBER (include area code)<br>312-439-0100 | |
|---|---|---|
| STREET ADDRESS<br>10530 South Troy, Chicago, Illinois 60655 CITY, STATE AND ZIP CODE | | DATE OF BIRTH<br>M D YEAR<br>4/16/1980 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>City of Chicago | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE (Include area code)<br>312-745-5230 |
|---|---|---|
| STREET ADDRESS<br>3510 S. Michigan Ave. Chicago, Illinois 60653 CITY, STATE AND ZIP CODE | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>Age discrimination | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>4-16-20<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**SEE ATTACHED**

Page 1 of 3

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 27 DAY OF Jan. 2021.

NOTARY SIGNATURE

OFFICIAL SEAL
ANTHONY MCKEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/09/24

NOTARY STAMP

X_____
SIGNATURE OF COMPLAINANT    1/27/21 DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

I.     A.     ISSUES/BASIS

            Age Discrimination

       B.     PRIMA FACIE ALLEGATIONS

1. In January 2016, Complainant applied for a police officer position with the Chicago Police Department (CPD). She was 35 years old.

2. On July 26, 2019, when Complainant was 39, she inquired as to the status of her application; and she was told that her file was being assigned to an investigator soon.

3. On January 6, 2020, CPD followed up in an email there a name of to Complainant regarding the pending status of her application l. Complainant had completed the written examination, the first POWER test, the lie detector test, fingerprinting, drug testing, and the initial background check by Kentech Consulting.

4. On February 4, 2020, Complainant emailed the CPD asking for a disqualification letter to clarify "concerns" if they have the possibility to hinder her progression in the hiring process. CPD's response was that she was not yet at the processing stage to receive a disqualification letter.

5. On April 9, 2020, in a voicemail message, Officer Macino, HR admitted the delay was on their part and suggested that Complainant apply to other departments that do not have an age limit, like the fire department.

6. Complainant turned 40 years old on April 16, 2020, which pursuant to the Municipal Code of Chicago, disqualified her from becoming a Probationary Police Officer

7. CPD intentionally waited to respond to Complainant until the age statute regarding their rule not to hire anyone over age 40 went into effect, disqualifying her from the officer position.

8. Plaintiff's age is unrelated to her ability to perform her job duties as Chicago Police Department officer.

II.     ISSUE/BASIS

            Retaliation

B.  PRIMA FACIE ALLEGATIONS

9. Complainant repeats and realleges all the facts from Count one.

10. Complainant was not hired for the CPD officer position as a result of the CPD choosing not to respond to her, until the age statute regarding their rule not to hire anyone over the age of 40, went into effect; which was April 16, 2020, indicated a retaliatory motive.

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF )
)
AGNES CHOWANIEC, )
)
COMPLAINANT )
) CHARGE NO.
AND )
)
CITY OF CHICAGO )
)
)
)
)
RESPONDENT )
)

### APPEARANCE

Mitchell Kline
_____, hereby enter
(Name of law firm/attorney/non-attorney representative)

the appearance of Complainant
_____
(Name of Complainant or Respondent)

and our Appearance as their attorney (or non-attorney representative), and request that copies of all Pleadings, Orders and other documents be served upon the undersigned for said Party in lieu of service upon the Party.

Mitchell Kline
_____
PRINT name of attorney/non-attorney

203 N. LaSalle St., suite 2100
_____
Address

Chicago                IL              60601
_____
City            State           Zip Code

312 558 1454
_____
Telephone

312 346 9603
_____
Fax #

mkline@mitchellkline.com
_____
Email Address

By: *Mitchell Kline* (signature)

Dated: January 30, 2021

EEOC Form 161-B (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Agnes Chowaniec**
10530 S. Troy
Chicago, IL 60655

From: **Chicago District Office**
230 S. Dearborn Street, Suite 1866
Chicago, IL, 60604

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2021-00520 | **Sherice Galloway,** Acting State/Local/Tribal Coordinator | (312) 872-9732 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    More than 180 days have passed since the filing of this charge.

    The EEOC is terminating its processing of this charge.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*/jwa      5/5/2022

Enclosures(s)     **Julianna Bowman,**
District Director     *(Date Mailed)*

cc:

**CITY OF CHICAGO**
c/o Chief Executive Officer
3510 S. Michigan Avenue
Chicago, IL 60653