# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AGNES M. CHOWANIEC,

    *Plaintiff,*

v.

CITY OF CHICAGO,

    *Defendant.*

No. 22 C 4197

Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of Plaintiff (s)

     and against Defendant(s)

         which ☐ includes      pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐      in favor of Defendant(s)

     and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒      other: Plaintiff's application to proceed in forma pauperis, (dkt. 3, 4) is granted; her Complaint (dkt. 1) is dismissed with prejudice as untimely; and her motion for attorney representation, (dkt. 5) is dismissed as moot.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 9/19/2022                        Thomas G. Bruton, Clerk of Court

                                           /s/Lynn Kandziora , Deputy Clerk